NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP., VONAGE AMERICA, INC., AND VONAGE MARKETING LLC, <br><br> Defendants. | Civil Action No. 14-502 (JLL) (JAD) <br><br> **ORDER** |

**LINARES, District Judge.**

This matter comes before the Court upon the Motion to Stay by Defendants Vonage Holdings, Corp., Vonage America, Inc., and Vonage Marketing LLC (collectively "Defendants" or "Vonage"). (ECF No. 71.) For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 28 day of August 2014,

**ORDERED** that Defendants' Motion to Stay is **denied**; and it is further

**ORDERED** that Defendants may refile their Motion Defendants may renew their motion if the PTO grants review of Defendants' *Inter Partes* Review petitions.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge